IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JACOB KLEINSCHNITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:13cv209-MHT |
| | ) | (WO) |
| WILLIAM PHARES, in his | ) | |
| individual capacity, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Plaintiff Jacob Kleinschnitz having said at the pretrial conference on February 6, 2015, that he is objecting to the magistrate judge's recommendation (doc. no. 42) only as to plaintiff Kleinschnitz's state-law malicious-prosecution claim against defendant William Phares (for obstruction of justice), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 42) is adopted as to all claims and all defendants except plaintiff Jacob Kleinschnitz's

state-law malicious-prosecution claim against defendant William Phares.

(2) Defendants William Phares, Gregory J. Benton, and City of Dothan, Alabama's motion for summary judgment (doc. no. 25) is granted as to all claims and as to all defendants except plaintiff Kleinschnitz's state-law malicious-prosecution claim against defendant Phares.

(3) Judgment is entered in favor of defendants Phares, Benton, and City of Dothan and against plaintiff Kleinschnitz as to all claims and all defendants except plaintiff Kleinschnitz's state-law malicious-prosecution claim against defendant Phares. Defendants Benton and City of Dothan are terminated as parties.

(4) The magistrate judge's recommendation (doc. no. 42) is still pending as to plaintiff Kleinschnitz's state-law malicious-prosecution claim against defendant Phares.

This case is not closed.

DONE, this the 6th day of February, 2015.

                                         /s/ Myron H. Thompson_____
                                    UNITED STATES DISTRICT JUDGE