```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


JACOB KLEINSCHNITZ,           )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:13cv209-MHT
                              )            (WO)
WILLIAM PHARES, in his        )
individual capacity,          )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 42) is not adopted in the remaining respect.

(2) Plaintiff Jacob Kleinschnitz's state-law malicious-prosecution claim is dismissed without prejudice and with leave to refile in state court.

(3) All pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Kleinschnitz, for which execution may issue, with regard to the claims resolved on the merits.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed in this court.

DONE, this the 24th day of February, 2015.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE